UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER WAYNE ROBERTSON,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>MARIPOSA COUNTY, et al.,<br><br>　　　　　　Defendant. | 1:13-cv-01304-GSA-PC<br><br>ORDER IN RESPONSE TO PLAINTIFF'S LETTER REQUESTING STATUS<br>(Doc. 16.)<br><br>ORDER FOR CLERK TO SEND PLAINTIFF A HABEAS CORPUS FORM |

**I.　　BACKGROUND**

　　　Roger Wayne Robertson ("Plaintiff") is a state prisoner proceeding pro se in this civil action.  On August 14, 2013, Plaintiff sent a letter to the Sacramento Division of the United States District Court for the Eastern District of California, requesting assistance.  The Clerk's Office construed Plaintiff's letter as a complaint and opened the instant case as a civil rights action pursuant to 42 U.S.C. § 1983.  On August 19, 2013, the case was transferred to the Fresno Division of United States District Court for the Eastern District of California.

　　　On August 21, 2013, the court entered an order striking Plaintiff's letter from the record and requiring Plaintiff to file either (1) a civil rights complaint, or (2) a petition for writ of habeas corpus, within thirty days.  (Doc. 5.)  The Clerk was directed to send Plaintiff two forms: (1) one for a § 1983 civil rights complaint, and (2) one for a petition for writ of habeas corpus.  Id.  On August 30, 2013, Plaintiff filed a civil rights complaint which was entered on the docket as the First Amended Complaint.  (Doc. 11.)

The court screened the First Amended Complaint and entered an order on September 16, 2013, dismissing this action for failure to state a claim upon which relief may be granted under § 1983, with leave to file a new petition for writ of habeas corpus.  (Doc. 14.)  The Clerk was directed to close the case, and judgment was entered on September 16, 2013.  (Doc. 15.)

On October 7, 2013, Plaintiff submitted a letter to the court, requesting the status of his case.  (Doc. 16.)

**II.    PLAINTIFF'S REQUEST**

Plaintiff requests information about the status of his case.  It appears that Plaintiff seeks to pursue a habeas corpus case.

Plaintiff is advised that this case was dismissed and closed by the court on September 16, 2013.  (Doc. 14.)  If Plaintiff wishes to pursue a habeas corpus case, his remedy is to file a **new** petition for writ of habeas corpus.  The court shall provide Plaintiff with another habeas corpus form.

**III.   CONCLUSION**

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's request for status of his case is RESOLVED by this order, and
2. The Clerk is DIRECTED to send Plaintiff a form petition for writ of habeas corpus; and
3. If Plaintiff chooses to file a petition for habeas corpus, he should not refer to the case number for this action.  The Clerk will assign a new case number for the petition for habeas corpus when the petition is filed.

IT IS SO ORDERED.

Dated:   **October 21, 2013**                **/s/ Gary S. Austin**
                                             UNITED STATES MAGISTRATE JUDGE